# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Pratter, Gene E. | 2. Court or Organization<br><br>U.S. District Court, E.D. Pa. | 3. Date of Report<br><br>03/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>7614 United States Courthouse<br>Sixth & Market Streets<br>Philadelphia, PA 19106-1752 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Pratter, Gene E.

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | University of Pennsylvania Law School (Adjunct Professor) | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Commonwealth of Pennsylvania (Executive Deputy General Counsel) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Total Bond Market Index - Retirement #2 | A | Dividend | | | Buy (add'l) | 1/15/09 | J | | |
| 2. Vanguard Total Bond Market Index - Retirement #2 | | None | | | Buy (add'l) | 4/15/09 | J | | |
| 3. Vanguard Total Bond Market Index - Retirement #2 | | None | | | Sold (part) | 2/27/09 | K | B | |
| 4. Vanguard Total Bond Market Index - Retirement #2 | | None | | | Sold | 5/1/09 | K | B | |
| 5. Vanguard Index 500 - Retirement #2 | A | Dividend | | | Buy (add'l) | 1/15/09 | J | | |
| 6. Vanguard Index 500 - Retirement #2 | | None | | | Buy (add'l) | 4/15/09 | J | | |
| 7. Vanguard Index 500 - Retirement #2 | | None | | | Sold (part) | 2/27/09 | K | C | |
| 8. Vanguard Index 500 - Retirement #2 | | None | | | Sold | 5/1/09 | K | C | |
| 9. Vanguard Windsor II - Retirement #2 | | None | | | Buy (add'l) | 1/15/09 | J | | |
| 10. Vanguard Windsor II - Retirement #2 | | None | | | Buy (add'l) | 4/15/09 | J | | |
| 11. Vangaurd Windsor II - Retirement #2 | | None | | | Sold (part) | 2/27/09 | K | C | |
| 12. Vanguard Windsor II - Retirement #2 | | None | | | Sold | 5/1/09 | K | C | |
| 13. Vanguard International Growth - Retirement #2 | | None | | | Buy (add'l) | 1/15/09 | J | | |
| 14. Vanguard International Growth - Retirement #2 | | None | | | Buy (add'l) | 4/15/09 | J | | |
| 15. Vanguard International Growth - Retirement #2 | | None | | | Sold (part) | 2/27/09 | J | B | |
| 16. Vangaurd International Growth - Retirement #2 | | None | | | Sold | 5/1/09 | K | C | |
| 17. Adams Harkness Small Growth - Retirement #5 | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 19. DFA US Large Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 20. Federated US Gov't 1 - 3 - Retirement #5 | A | Dividend | K | T | | | | | |
| 21. First Eagle Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 22. Janus Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 23. Janus Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 24. Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |
| 25. Westcore MIDCO Growth - Retirement #5 | | None | J | T | | | | | |
| 26. Janus Mid Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 27. William Blair Int'l Small Growth - Retirement #5 | | None | J | T | | | | | |
| 28. Federated US Gov't 1 - 3 - Retirement #6 | A | Dividend | J | T | | | | | |
| 29. Baron Growth - Retirement #6 | A | Dividend | J | T | | | | | |
| 30. First Eagle Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 31. Royce Opportunity - Retirement #6 | A | Dividend | J | T | | | | | |
| 32. Schwab Money Market - Retirement #6 | A | Dividend | J | T | | | | | |
| 33. Thornburg Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 34. Janus Overseas - Retirement #6 | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Janus Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 36. Sound Shore - Retirement #6 | A | Dividend | J | T | | | | | |
| 37. Third Avenue Int'l Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 38. Baron Growth - Retirement #7 | A | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 39. Brandywine - Retirement #7 | | None | M | T | | | | | |
| 40. DFA US Micro Cap - Retirement #7 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | A | |
| 41. DFA Emerging Markets Core Equity - Retirement #7 | A | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 42. DFA Emerging Markets Core Equity - Retirement #7 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 43. DFA International Small Value - Retirement #7 | A | Dividend | K | T | | | | | |
| 44. DFA International Value - Retirement #7 | C | Dividend | M | T | Sold (part) | 9/29/09 | J | A | |
| 45. DFA One Year Fixed - Retirement #7 | C | Dividend | N | T | Sold (part) | 7/30/09 | L | A | |
| 46. DFA One Year Fixed - Retirement #7 | | None | | | Buy (add'l) | 9/29/09 | K | | |
| 47. DFA US Small Cap Value - Retirement #7 | A | Dividend | L | T | | | | | |
| 48. DFA US Large Cap Value - Retirement #7 | B | Dividend | M | T | Sold (part) | 5/13/09 | J | A | |
| 49. DFA Real Estate Securities - Retirement #7 | B | Dividend | K | T | Buy | 5/13/09 | K | | |
| 50. Dodge & Cox Stock - Retirement #7 | A | Dividend | L | T | Sold (part) | 5/15/09 | J | A | |
| 51. Dodge & Cox Stock - Retirement #7 | | None | | | Sold (part) | 9/29/09 | J | A | |

1. Income Gain Codes.      A - $1,000 or less        B - $1,001 - $2,500        C = $2,501 - $5,000        D = $5,001 - $15,000        E - $15,001 - $50,000
   (See Columns B1 and D4)      F - $50,001 - $100,000      G - $100,001 - $1,000,000      H1 - $1,000,001 - $5,000,000      H2 = More than $5,000,000
2. Value Codes      J - $15,000 or less      K - $15,001 - $50,000      L - $50,001 - $100,000      M - $100,001 - $250,000
   (See Columns C1 and D3)      N - $250,001 - $500,000      O - $500,001 - $1,000,000      P1 = $1,000,001 - $5,000,000      P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R - Cost (Real Estate Only)      S = Assessment      T - Cash Market
   (See Column C2)      U = Book Value      V - Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Federated US Gov't 1 - 3 - Retirement #7 | C | Dividend | M | T | Buy (add'l) | 9/29/09 | K | | |
| 53. First Eagle Overseas - Retirement #7 | B | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 54. Hotchkis & Wiley Mid Cap Value - Retirement #7 | A | Dividend | M | T | Sold (part) | 5/13/09 | J | A | |
| 55. Hotchkis & Wiley Mid Cap Value - Retirement #7 | | None | | | Sold (part) | 9/29/09 | J | B | |
| 56. Artio International Equity - Retirement #7 | C | Dividend | L | T | | | | | |
| 57. Morgan Stanley International Equity - Retirement #7 | C | Dividend | M | T | | | | | |
| 58. Morgan Stanley Emerging Markets - Retirement #7 | A | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 59. Royce Micro Cap - Retirement # | A | Dividend | J | T | | | | | |
| 60. Royce Opportunity - Retirement #7 | A | Dividend | K | T | Sold (part) | 5/13/09 | J | A | |
| 61. Royce Opportunity - Retirement #7 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 62. Schwab Money Market - Retirement #7 | A | Dividend | K | T | | | | | |
| 63. Westcore International Frontier - Retirement #7 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | A | |
| 64. Westcore Mid Cap Value - Retirement #7 | A | Dividend | M | T | Sold (part) | 9/29/09 | J | A | |
| 65. Westcore MIDCO Growth - Retirement #7 | | None | M | T | | | | | |
| 66. William Blair International Growth - Retirement #7 | A | Dividend | L | T | Sold (part) | 9/29/09 | J | A | |
| 67. Janus Fund - Retirement #7 | A | Dividend | L | T | Sold (part) | 5/13/09 | K | A | |
| 68. Janus Overseas - Retirement #7 | A | Dividend | L | T | Sold (part) | 5/13/09 | K | B | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q – Appraisal | R – Cost (Real Estate Only) | S – Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V – Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Janus Overseas - Retirement #7 | | None | | | Sold (part) | 9/29/09 | J | D | |
| 70. | Hotchkis & Wiley Large Cap Value - Retirement #7 | B | Dividend | L | T | | | | | |
| 71. | Royce Value Plus - Retirement #7 | | None | K | T | Sold (part) | 5/13/09 | J | A | |
| 72. | Royce Value Plus - Retirement #7 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 73. | Third Avenue International Value - Retirement #7 | A | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 74. | Third Avenue International Value - Retirement #7 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 75. | Turner Core Growth - Retirement #7 | A | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 76. | William Blair Large Growth - Retirement #7 | | None | L | T | | | | | |
| 77. | Schwab Value Advantage - Retirement #7 | A | Dividend | | | Sold (part) | 4/30/09 | M | A | |
| 78. | Schwab Value Advantage - Retirement #7 | | None | | | Sold | 7/30/09 | M | A | |
| 79. | Adams Harkness Small Growth - Retirement #7 | | None | L | T | | | | | |
| 80. | William Blair Int'l Small Growth - Retirement #7 | A | Dividend | K | T | | | | | |
| 81. | Metropolitan West Total Return - Retirement #7 | D | Dividend | M | T | Buy | 5/13/09 | M | | |
| 82. | Metropolitan West Total Return - Retirement #7 | | None | | | Buy (add'l) | 7/30/09 | M | | |
| 83. | Metropolitan West Total Return - Retirement #7 | | None | | | Buy (add'l) | 9/29/09 | K | | |
| 84. | BlackRock Low Duration - Retirement #7 | D | Dividend | N | T | Buy | 4/30/09 | M | | |
| 85. | BlackRock Low Duration - Retirement #7 | | None | | | Buy (add'l) | 7/30/09 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 86. | BlackRock Low Duration - Retirement #7 | | None | | | Buy (add'l) | 9/30/09 | K | |
| 87. | Schwab Money Market - Trust #1 | A | Dividend | J | T | | | | |
| 88. | Dodge & Cox Stock - Trust #1 | A | Dividend | K | T | | | | |
| 89. | Schroder ShortTerm Muni - Trust #1 | A | Dividend | | | Sold | 12/17/09 | J | A |
| 90. | Baron Growth - Trust #1 | A | Dividend | K | T | | | | |
| 91. | Federated Short Term Muni - Trust #1 | A | Dividend | K | T | Buy (add'l) | 9/15/09 | J | |
| 92. | First Eagle Overseas - Trust #1 | A | Dividend | K | T | | | | |
| 93. | Hotchkis & Wiley Large Cap Value - Trust #1 | A | Dividend | J | T | | | | |
| 94. | Hotchkis & Wiley Mid Cap Value - Trust #1 | A | Dividend | K | T | | | | |
| 95. | Janus Fund - Trust #1 | A | Dividend | K | T | | | | |
| 96. | Janus Overseas - Trust #1 | A | Dividend | K | T | | | | |
| 97. | Artio International Equity - Trust #1 | B | Dividend | K | T | | | | |
| 98. | Morgan Stanley International Equity - Trust #1 | A | Dividend | K | T | | | | |
| 99. | Morgan Stanley Emerging Markets - Trust #1 | A | Dividend | K | T | | | | |
| 100. | Royce Opportunity - Trust #1 | A | Dividend | K | T | | | | |
| 101. | Turner Core Growth - Trust #1 | A | Dividend | K | T | | | | |
| 102. | Westcore Mid Cap Value - Trust #1 | A | Dividend | K | T | | | | |

1. Income Gain Codes.  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Westcore MIDCO Growth - Trust #1 | | None | K | T | | | | | |
| 104. DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | | | | | |
| 105. DFA US Micro Cap - Trust #1 | A | Dividend | K | T | | | | | |
| 106. Third Avenue International Value - Trust #1 | A | Dividend | K | T | | | | | |
| 107. Westcore International Frontier - Trust #1 | A | Dividend | K | T | | | | | |
| 108. DFA Int'l Value - Trust #1 | A | Dividend | J | T | | | | | |
| 109. DFA US Small Value - Trust #1 | A | Dividend | J | T | | | | | |
| 110. Turner Small Cap Equity - Trust #1 | | None | J | T | | | | | |
| 111. William Blair Mid Growth - Trust #1 | | None | K | T | Buy (add'l) | 9/15/09 | J | | |
| 112. DFA Short Term Muni - Trust #1 | A | Dividend | K | T | Buy | 5/13/09 | J | | |
| 113. DFA Short Term Muni - Trust #1 | | None | | | Buy (add'l) | 9/15/09 | J | | |
| 114. Metropolitan West Total Return - Trust #1 | A | Dividend | K | T | Buy | 7/30/09 | K | | |
| 115. Baron Growth - Brokerage #1 | A | Dividend | K | T | Sold (part) | 11/18/09 | J | A | |
| 116. DFA Tax Mgd US Marketwide Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 11/18/09 | J | A | |
| 117. DFA US Small Value - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 5/13/09 | J | | |
| 118. DFA US Small Value - Brokerage #1 | | None | | | Sold (part) | 9/29/09 | J | B | |
| 119. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. DFA Emerging Markets Core Equity - Brokerage #1 | | None | | | Sold (part) | 11/18/09 | J | B | |
| 121. DFA Tax Mgd International Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 122. East River Bank Stock - Brokerage #1 | | None | K | U | | | | | |
| 123. Federated Short Term Muni - Brokerage #1 | B | Dividend | M | T | Buy | 4/30/09 | L | | |
| 124. Federated Short Term Muni - Brokerage #1 | | None | | | Buy (add'l) | 5/13/09 | K | | |
| 125. First Eagle Overseas - Brokerage #1 | A | Dividend | K | T | | | | | |
| 126. Janus Fund - Brokerage #1 | A | Dividend | K | T | | | | | |
| 127. Janus Overseas - Brokerage #1 | A | Dividend | K | T | Sold (part) | 11/20/09 | J | A | |
| 128. Janus Mid Cap Value - Brokerage #1 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | A | |
| 129. Artio Internatioanl Equity - Brokerage #1 | A | Dividend | J | T | | | | | |
| 130. Morgan Stanley International Equity - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 5/13/09 | J | | |
| 131. Morgan Stanley International Equity - Brokerage #1 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 132. Schwab Money Market - Brokerage #1 | A | Dividend | K | T | | | | | |
| 133. Sound Shore - Brokerage #1 | A | Dividend | K | T | | | | | |
| 134. Westcore MIDCO Growth - Brokerage #1 | | None | K | T | Sold (part) | 11/18/09 | J | A | |
| 135. Schroder Short Term Muni - Brokerage #1 | B | Dividend | | | Sold | 12/17/09 | K | B | |
| 136. Hotchkis & Wiley Large Cap Value - Brokerage #1 | A | Dividend | J | T | | | | | |

1. Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Hotchkis & Wiley Mid Cap Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 138. Royce Value Plus - Brokerage #1 | | None | J | T | | | | | |
| 139. Third Avenue International Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 140. Thornburg Int'l Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 141. William Blair Int'l Small Growth - Brokerage #1 | A | Dividend | J | T | Buy (add'l) | 5/13/09 | J | | |
| 142. Westcore International Frontier - Brokerage #1 | A | Dividend | J | T | Sold (part) | 11/18/09 | J | B | |
| 143. William Blair Large Growth - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 5/13/09 | K | | |
| 144. William Blair Large Growth - Brokerage #1 | | None | | | Sold (part) | 11/18/09 | J | A | |
| 145. William Blair Mid Growth - Brokerage #1 | | None | K | T | Buy (add'l) | 5/13/09 | J | | |
| 146. William Blair Small Growth - Brokerage #1 | | None | J | T | Buy | 5/13/09 | J | | |
| 147. Westcore Mid Cap Value - Brokerage #1 | A | Dividend | K | T | Buy | 5/13/09 | J | | |
| 148. DFA Int'l Small Value - Brokerage #1 | A | Dividend | J | T | Buy | 5/13/09 | J | | |
| 149. DFA Short Term Muni - Brokerage #1 | B | Dividend | M | T | Buy | 4/30/09 | K | | |
| 150. DFA Short Term Muni - Brokerage #1 | | None | | | Buy (add'l) | 5/13/09 | L | | |
| 151. DFA Short Term Muni - Brokerage #1 | | None | | | Sold (part) | 10/21/09 | J | B | |
| 152. Metropolitan West Total Return - Brokreage #1 | A | Dividend | K | T | Buy | 7/30/09 | K | | |
| 153. Metropolitan West Total Return - Brokerage #1 | | None | | | Buy (add'l) | 9/29/09 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Baron Growth - Brokerage #2 | A | Dividend | J | T | Donated (part) | | | | |
| 155. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 156. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 157. DFA US Small Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 158. DFA Tax Mgd Int'l Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 159. Dodge & Cox Stock - Brokerage #2 | A | Dividend | K | T | | | | | |
| 160. Federated Short Term Muni - Brokerage #2 | B | Dividend | L | T | Buy (add'l) | 4/30/09 | K | | |
| 161. Federated Short Term Muni - Brokerage #2 | | None | | | Buy (add'l) | 5/13/09 | K | | |
| 162. First Eagle Overseas - Brokerage #2 | A | Dividend | K | T | | | | | |
| 163. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 164. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | A | |
| 165. Janus Fund - Brokerage #2 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | A | |
| 166. Janus Fund - Brokerage #2 | | None | | | Donated (part) | | | | |
| 167. Janus Overseas - Brokerage #2 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | B | |
| 168. Janus Overseas - Brokerage #2 | | None | | | Donated (part) | | | | |
| 169. Artio International Equity - Brokerage #2 | B | Dividend | K | T | Donated (part) | | | | |
| 170. Morgan Stanley International Equity - Brokerage #2 | A | Dividend | K | T | | | | | |

1. Income Gain Codes:         A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Morgan Stanley Emerging Markets - Brokerage #2 | A | Dividend | K | T | | | | | |
| 172. Royce Opportunity - Brokerage #2 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | B | |
| 173. Royce Opportunity - Brokerage #2 | | None | | | Donated (part) | | | | |
| 174. Schwab Money Market - Brokerage #2 | A | Dividend | K | T | | | | | |
| 175. Schwab Muni Value Advantage - Brokerage #2 | A | Dividend | | | Sold | 4/30/09 | K | A | |
| 176. Schroder Short Term Muni - Brokerage #2 | B | Dividend | | | Sold | 12/17/09 | L | A | |
| 177. Third Avenue International Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 178. Turner Core Growth - Brokerage #2 | A | Dividend | K | T | | | | | |
| 179. Turner Small Cap Equity - Brokerage #2 | | None | J | T | | | | | |
| 180. Westcore Mid Cap Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 181. Westcore MIDCO Growth - Brokerage #2 | | None | K | T | | | | | |
| 182. Westcore International Frontier - Brokerage #2 | A | Dividend | J | T | | | | | |
| 183. Metropolitan West Total Return - Brokerage #2 | A | Dividend | K | T | Buy | 7/30/09 | J | | |
| 184. Metropolitan West Total Return - Brokerage #2 | | None | | | Buy (add'l) | 9/15/09 | J | | |
| 185. Metropolitan West Total Return - Brokerage #2 | | None | | | Buy (add'l) | 9/29/09 | J | | |
| 186. DFA Short Term Muni - Brokerage #2 | A | Dividend | L | T | Buy | 4/30/09 | K | | |
| 187. DFA Short Term Muni - Brokerage #2 | | None | | | Buy (add'l) | 9/29/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. DFA One Year Fixed - Retirement #8 | C | Dividend | M | T | Sold (part) | 7/30/09 | M | B | |
| 189. DFA One Year Fixed - Retirement #8 | | None | | | Buy (add'l) | 9/29/09 | K | | |
| 190. Federated US Gov't 1 - 3 - Retirement #8 | C | Dividend | M | T | Sold (part) | 4/30/09 | L | C | |
| 191. Adams Harkness Small Growth - Retirement #8 | | None | K | T | | | | | |
| 192. Baron Growth - Retiremetn #8 | A | Dividend | K | T | | | | | |
| 193. Brandywine Fund - Retirement #8 | | None | L | T | | | | | |
| 194. DFA Emerging Markets Core Equity - Retirement #8 | A | Dividend | K | T | Sold (part) | 5/13/09 | J | A | |
| 195. DFA Emerging Markets Core Equity - Retirement #8 | | None | | | Sold (part) | 9/29/09 | J | B | |
| 196. DFA International Value - Retirement #8 | B | Dividend | L | T | Sold (part) | 9/29/09 | J | A | |
| 197. DFA US Large Value - Retirement #8 | B | Dividend | L | T | | | | | |
| 198. DFA US Small Cap Value - Retirement #8 | A | Dividend | K | T | | | | | |
| 199. DFA US Micro Cap - Retirement #8 | A | Dividend | K | T | | | | | |
| 200. Dodge & Cox Stock - Retirement #8 | A | Dividend | K | T | | | | | |
| 201. DFA Int'l Small Cap Value - Retirement #8 | A | Dividend | K | T | | | | | |
| 202. First Eagle Overseas - Retirement #8 | A | Dividend | K | T | Sold (part) | 5/13/09 | J | A | |
| 203. First Eagle Overseas - Retirement #8 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 204. Hotchkis & Wiley Large Cap Value - Retirement #8 | B | Dividend | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Hotchkis & Wiley Mid Cap Value - Retirement #8 | A | Dividend | L | T | | | | | |
| 206. Janus Fund - Retirement #8 | A | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 207. Janus Mid Cap Value - Retirement #8 | A | Dividend | K | T | Sold (part) | 5/13/09 | J | A | |
| 208. Janus Mid Cap Value - Retirement #8 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 209. Janus Overseas - Retirement #8 | A | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 210. Janus Overseas - Retirement #8 | | None | | | Sold (part) | 9/29/09 | J | B | |
| 211. Artio International Equity - Retirement #8 | C | Dividend | K | T | | | | | |
| 212. Morgan Stanley Emerging Markets - Retirement #8 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | A | |
| 213. Morgan Stanley International Equity - Retirement #8 | B | Dividend | L | T | | | | | |
| 214. Royce Opportunity - Retirement #8 | A | Dividend | K | T | Sold (part) | 9/29/09 | J | A | |
| 215. Royce Value Plus - Retirement #8 | | None | K | T | Sold (part) | 9/29/09 | J | A | |
| 216. Schwab Money Market - Retirement #8 | A | Dividend | K | T | | | | | |
| 217. Third Avenue International Value - Retirement #8 | A | Dividend | L | T | Sold (part) | 5/13/09 | J | A | |
| 218. Third Avenue International Value - Retirement #8 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 219. Turner Core Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 220. Turner Small Cap Equity - Retirement #8 | | None | K | T | | | | | |
| 221. Westcore International Frontier - Retirement #8 | A | Dividend | K | T | Sold (part) | 5/13/09 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Westcore International Frontier - Retirement #8 | | None | | | Sold (part) | 9/29/09 | J | A | |
| 223. Westcore Mid Cap Value - Retirement #8 | A | Dividend | L | T | | | | | |
| 224. Westcore MIDCO Growth - Retirement #8 | | None | L | T | | | | | |
| 225. William Blair International Growth - Retirement #8 | A | Dividend | L | T | Sold (part) | 9/29/09 | J | A | |
| 226. William Blair Large Cap Growth - Retirement #8 | A | Dividend | L | T | | | | | |
| 227. William Blair Intl Small Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 228. BlackRock Low Duration - Retirement #8 | C | Dividend | M | T | Buy | 4/30/09 | L | | |
| 229. BlackRock Low Duration - Retirement #8 | | None | | | Buy (add'l) | 5/13/09 | L | | |
| 230. BlackRock Low Duration - Retirement #8 | | None | | | Buy (add'l) | 9/29/09 | K | | |
| 231. Metropolitan West Total Return - Retirement #8 | C | Dividend | M | T | Buy | 7/30/09 | M | | |
| 232. Metropolitan West Total Return - Retirement #8 | | None | | | Buy (add'l) | 9/29/09 | K | | |
| 233. Equitable Variable Life - Alliance Common Stock | | None | L | T | Buy (add'l) | 1/21/09 | J | | |
| 234. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 4/17/09 | J | | |
| 235. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 7/13/09 | J | | |
| 236. Equitable Variable Life - Alliance Common Stock | | None | | | Buy (add'l) | 10/16/09 | J | | |
| 237. Equitable Variable Life - Alliance International | | None | K | T | Buy (add'l) | 1/21/09 | J | | |
| 238. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 4/17/09 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 7/13/09 | J | | |
| 240. Equitable Variable Life - Alliance International | | None | | | Buy (add'l) | 10/16/09 | J | | |
| 241. Carlyle Real Estate LLP | A | Dividend | J | T | | | | | |
| 242. Wheeler Terrace LTD | A | Dividend | J | T | | | | | |
| 243. PNC Bank Accounts | A | Dividend | J | T | | | | | |
| 244. Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 245. Wescott Nova LP | | None | K | T | Distributed (part) | 9/30/09 | J | A | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 03/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544